UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY BAILEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOMEOWNER ASSOCIATION SERVICES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:15-cv-00032-GMN-NJK <br><br> **ORDER** |

On April 29, 2015, the Court dismissed Plaintiff's claims without prejudice and gave leave to amend his complaint by May 29, 2015, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 13.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 11th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court